No. 95–8113. SHABAZZ *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–8114. ANDERSON *v.* DAVIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8116. AL-WAHHAB *v.* VIRGINIA ET AL. (two judgments). C. A. 4th Cir. Certiorari denied.

No. 95–8124. BALELE *v.* KLAUSER, SECRETARY, DEPARTMENT OF ADMINISTRATION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–8125. ABRAHAM *v.* ADCOCK ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–8130. SWARTZ *v.* IOWA. Ct. App. Iowa. Certiorari denied.

No. 95–8132. SIMS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–8135. SEDANO *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–8148. IDEMUDIA *v.* CONSOLIDATED RAIL CORPORATION. C. A. 6th Cir. Certiorari denied.

No. 95–8150. MCGUFFEY *v.* GWINNETT COUNTY SCHOOL SYSTEM ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8177. D'AMBROSIO *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–8190. JOHNSON *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–8191. MULLHOLAND *v.* HARRIS CORP. C. A. 6th Cir. Certiorari denied.

No. 95–8218. WYLDES *v.* HUNDLEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 95–8250. PITSCH *v.* MICHIGAN ATTORNEY GRIEVANCE COMMISSION. Sup. Ct. Mich. Certiorari denied.